UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| LORAN MICHA ALEXANDRE, aka MICHAEL ALEXANDRE,<br><br>        Plaintiff,<br><br>    v.<br><br>ARNOLD SCHWARZENEGGER, Governor of the State of California; JAMES TILTON, Secretary, California Department of Corrections; DENNIS KENNEALLY, Director of Parole; JOHN DOVEY, Director, Adult Institutions; RICK REMMER, Assistant Secretary, Correctional Safety; ARNOLD BURRUEL, Secretary, Civil Rights; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; and DOES 1 thru 100,<br><br>        Defendants.<br>_____/ | No. C 09-05778 PJH (PR)<br><br>**ORDER TAKING HEARING OFF CALENDAR AND SETTING BRIEFING SCHEDULE** |

    This is a civil rights case brought pro se by a person who formerly was a prisoner in the California prison system. It was filed in the United States District Court for the Northern District of Texas, which transferred it here. In an order entered on September 2, 2010, the court screened the complaint. It dismissed the claim against the California Department of Corrections and Rehabilitation with prejudice, and dismissed the other claims with leave to amend. Plaintiff amended. Defendants have moved to dismiss and calendared the motion for hearing.

    Because plaintiff is pro se and lives in Texas, the hearing scheduled for December 1, 2010, is **CANCELLED**. The motion will be considered on the papers.

///

If plaintiff wishes to oppose the motion, he shall do so by November 30, 2010.  If defendants wish to file a reply, they shall do so by December 14, 2010.

**IT IS SO ORDERED.**

Dated: November 8, 2010.

PHYLLIS J. HAMILTON
United States District Judge

P:\PRO-SE\PJH\CR.09\ALEXANDRE5778.SCHED.wpd